BENJAMIN M. O'DONNELL (SBN 309119)
LAURIE A. TRAKTMAN (SBN 165588)
STEVEN M. REHAUT (SBN 121710)
**GILBERT & SACKMAN**
**A Law Corporation**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Facsimile: (323) 937-3139
Email: bodonnell@gslaw.org
Email: lat@gslaw.org
Email: smr@gslaw.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF SHEET METAL WORKERS LOCAL 88 RETIREES' SUPPLEMENTAL HEALTH CARE TRUST FUND; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 SECTION 401(k) PLAN; INTERNATIONAL ASSOCIATION OF SHEET METAL AIR, RAIL AND TRANSPORTATION WORKERS, LOCAL UNION NO. 88 UNION DUES CHECK-OFF AND VACATION PLAN; BOARD OF TRUSTEES OF SHEET METAL AND AIR CONDITIONING CONTRACTORS NATIONAL ASSOCIATION OF SOUTHERN NEVADA INDUSTRY FUND; BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 UNIFIED CONSTRUCTION INDUSTRY COUNCIL FUND; and BOARD OF TRUSTEES OF SHEET METAL WORKERS' LOCAL 88 INDUSTRY STABILIZATION FUND, | Case No. 2:19-cv-5539-JFW-PLA<br><br>Hon. John F. Walter<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |
|      Plaintiffs, | |
|        v. | |
| MECHANICAL TEST AND BALANCE OF NEVADA CORPORATION; MECHANICAL TEST AND BALANCE, INC.; | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MECHANICAL TEST AND BALANCE OF
NEVADA, LLC; FRANK ARONE, an
individual; and DOES 1 through 10,
    Defendants.

NOTICE OF DISMISSAL WITHOUT PREJUDICE

TO THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss this action without prejudice.

Respectfully submitted,

Dated: August 28, 2019
**GILBERT & SACKMAN**
A Law Corporation

By:_____
Laurie A. Traktman, Esq.
Attorneys for Plaintiffs

---

1

NOTICE OF DISMISSAL WITHOUT PREJUDICE