## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:19-cv-5539-JFW-PLAx                                       Date August 29, 2019

Title: Board of Trustees of the Sheet Metal Workers Pension Plan of Southern California, Arizona and Nevada et al v. Mechanical Test and Balance of Nevada Corporation et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

Not Present                                      Not Present

Proceedings:   ☐ In Court    ☒ In Chambers    ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other NOTICE OF DISMISSAL WITHOUT PREJUDICE [12] - Make JS-6

☐ Entered _____.

Initials of Preparer   sr